# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                       CASE NO.  3:01CR66/RV

KENNETH COLLINS

**REFERRAL AND ORDER**

Referred to Judge Vinson on   1/12/2009

Type of Motion/Pleading MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by: Defendant          on 12/15/08     Doc. No. 161

(  ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                       on           Doc. No.

                                       on           Doc. No.

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                     /s/ J. Marbut

                                     Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   13th   day of   January  , 2009, that:

(a) The requested relief is DENIED.

(b) Amendment 706 has no effect upon the defendant's sentencing guideline range.

                                       /s/ *Roger Vinson*
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.